JOHN BAKER et al., Appellants, *v.* JOHN E. WALSH, Respondent.

(Argued November 10, 1880 ; decided November 19, 1880.)

*Edward D. McCarthy* for appellants.

*George A. Black* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

---

DANIEL SHEPARD, Respondent, *v.* THE NEW YORK AND OSWEGO MIDLAND RAILROAD COMPANY et al., Appellants.

(Argued November 11, 1880 ; decided November 19, 1880.)

*W. H. Johnson* for appellants.

*Alex. Neish* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.